AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 11 2012 ★

LONG ISLAND OFFICE

| | |
|---|---|
| JOHN CRUZ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| HSBC BANK USA, N.A | ) |
| *Defendant* | ) |

CV 12 6088

WEXLER, J.
LINDSAY, M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HSBC BANK USA, N.A
452 5th Avenue
New York, NY 10018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ANDREW GROSSO & ASSOCIATES
GEORGETOWN PLACE
1101 THIRTIETH STREET, NW, SUITE 300
WASHINGTON, D.C.  20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

*CLERK OF COURT*

Date: 12/11/2012

*Signature of Clerk or Deputy Clerk*