UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN CRUZ,

               Plaintiff,

   - against -                             **JUDGMENT**
                                          CV-12-6088 (LDW)

HSBC BANK, USA, N.A.,

               Defendant.
------------------------------------------------------------X

      A Memorandum and Order of Honorable Leonard D. Wexler, United States District Judge, having been filed on March 10, 2014, granting Defendant's motion to dismiss, and directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendant; that Defendant's motion to dismiss is granted; and that this case is hereby closed.

Dated: Central Islip, New York
          March 13, 2014

                                                   DOUGLAS C. PALMER
                                                 CLERK OF THE COURT

                               By:    /s/ Catherine Vukovich
                                               Deputy Clerk