# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CRUZ, | ) |
| | ) |
| Plaintiff | ) CASE NO. 12-cv-06088 (LDW) (ARL) |
| | ) |
| v. | ) |
| | ) |
| HSBC BANK USA, N.A., | ) |
| | ) |
| Defendant | ) |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff John Cruz ("Mr. Cruz") hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order dismissing this case, in its entirety, entered in this action on the March 10, 2014 (Doc. 16); and the Final Judgment entered in this action on March 13, 2014 (Doc. 17).

Respectfully Submitted,

/s/Andrew Grosso
Andrew Grosso, Esq.
ANDREW GROSSO & ASSOCIATES
GEORGETOWN PLACE
1101 THIRTIETH STREET, NW, SUITE 300
WASHINGTON, D.C.  20007
(202) 298-6500 Tel.
(202) 298-5599 Fax
Agrosso@acm.org Email
*Counsel for Plaintiff John Cruz*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March 2014, I sent the foregoing by electronically filing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to counsel for all parties.

/s/ Andrew Grosso
Andrew Grosso
